| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| PHYLLIS BURRIS, NAMED SOLE EXECUTOR, NAMED SOLE BENEFICIARY FOR ESTATE OF O T WALLACE, JR., <br><br> Plaintiff, <br><br> *versus* <br><br> DANIEL VAN SLYKE, ATTORNEY; MACKIE WOLF ZIENTZ & MANN PC, DEUTSCHE BANK, FINANCE OF AMERICA REVERSE MORTGAGE LLC, AMERICAN ADVISORS GROUP, COMMUNITY NATIONAL BANK, KS, FINANCE OF AMERICA STRUCTURED, SECURITIES ACQUISITION TRUST 2018-HB, CELINK, MORTGAGE SERVICERS, <br><br> Defendant. | § § § § § § § § § § § § § § § § § § § | CASE NO. 1:19-CV-00160-MAC |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court has received the report and recommendation of United States Magistrate Judge, Zack Hawthorn, which recommends denying *pro se* Plaintiff Phyllis Burris's "Motion for a Temporary Restraining Order." Doc. No. 2.

No objections have been filed to the report, and the time for doing so has now passed.

It is, therefore, **ORDERED** that the magistrate judge's "Report and Recommendation" (Doc. No. 4) is **ADOPTED** and Plaintiff's "Motion for a Temporary Restraining Order" is **DENIED**.

SIGNED at Beaumont, Texas, this 29th day of April, 2019.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE